UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 40152
   MAEN YOUSEF AYOUB
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-6171
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/25/05 and confirmed on 11/04/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 47016.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMERICAN HONDA FINANCE C | SECURED | 8264.86 | 376.16 | 8264.86 |
| BECKET & LEE LLP | UNSECURED | 17209.32 | .00 | 3264.60 |
| BECKET & LEE LLP | UNSECURED | 17506.55 | .00 | 3320.98 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 8419.82 | .00 | 1597.23 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 29670.85 | .00 | 5628.54 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4262.96 | .00 | 808.68 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15221.10 | .00 | 2887.43 |
| DISCOVER BANK | UNSECURED | 14513.12 | .00 | 2753.13 |
| ECMC | UNSECURED | 34472.64 | .00 | 6539.44 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 42506.54 | .00 | 8063.47 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 8264.86 | .00 | 183782.90 | .00 | 192047.76 |
| PRINCIPAL PAID | 8264.86 | .00 | 34863.50 | .00 | 43128.36 |
| INTEREST PAID | 376.16 | .00 | .00 | .00 | 376.16 |
| TOTAL PAID | 8641.02 | .00 | 34863.50 | .00 | 43504.52 |

The Debtor's attorney, RICHARD E SEXNER               , was allowed $   2200.00 and was paid $    771.00  direct and $   1429.00  through the plan.

The Trustee received $   2082.48 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/08/08 /s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 40152 MAEN YOUSEF AYOUB